**EXHIBIT 2**

| Recorded | | | | | | |
|---|---|---|---|---|---|---|
| 11/1/2012 | Quitclaim | Mineral Rights to 310 Acres | Monroe County, West Virginia | Southern Minerals, LLC | $31,000.00 representing $100 per acre." | Pro-forma recital of $10 and GVC |
| 12/24/2013 | Quitclaim | 638.7 Acres Surface Rights | Monroe County, West Virginia | Bellwood Corporation | No Consideration | Corrected by amended deed to reflect that the mineral rights conveyed above were not conveyed to Bellwood. End Result= 638.7 Acres Surface Rights & 328.7 Acres Mineral Rights |
| 11/1/2012 | No Warranty | Mineral Rights to 5,506 Acres | Mercer County, Kentucky | Southern Minerals, LLC | None | Certification- Fair cash value of the Property was $27,530; pursuant to KRS 382.135 because the fair cash value was used rather than consideration it is apparent that no consideration was paid Pro-forma recital of $10 and GVC |
| 1/8/2014 | Quitclaim | Mineral Rights to 929 Acres | Marion County, South Carolina | Southern Minerals, LLC | No Consideration | Affidavit: "No monies were exchanged" |
| 2/5/2014 | Special Warranty | 0.43 Acres | Pasquotank County, North Carolina | Justice Farms | No Consideration | Pro-forma recital of $10 and GVC |
| 2/5/2014 | Special Warranty | 69.25 Acres | Pasquotank County, North Carolina | Justice Farms | No Consideration | Pro-forma recital of $10 and GVC |
| 2/5/2014 | Special Warranty | 876.48 Acres | Pasquotank County, North Carolina | Justice Farms | No Consideration | Pro-forma recital of $10 and GVC |
| 2/5/2014 | UNKNOWN *front pages missing | 10+ Acres | Pasquotank County, North Carolina | Justice Farms | No Consideration | Pro-forma recital of $10 and GVC |
| 2/5/2014 | Special Warranty | 272 Acres | Pasquotank and Perquimans Counties, North Carolina | Justice Farms | No Consideration | Pro-forma recital of $10 and GVC |
| 2/5/2014 | Special Warranty | 3.87 Acres | Pasquotank County, North Carolina | Justice Farms | No Consideration | Pro-forma recital of $10 and GVC |
| 2/5/2014 | Special Warranty | A lot and right of way | Pasquotank County, North Carolina | Justice Farms | No Consideration | Pro-forma recital of $10 and GVC |
| 2/5/2014 | Special Warranty | Two subdivision lots | Pasquotank County, North Carolina | Justice Farms | No Consideration | Pro-forma recital of $10 and GVC |
| 2/5/2014 | Special Warranty | 117 Acres | Pasquotank County, North Carolina | Justice Farms | No Consideration | Pro-forma recital of $10 and GVC |
| 2/5/2014 | Special Warranty | 3,918 Acres | Pasquotank County, North Carolina | Justice Farms | No Consideration | Pro-forma recital of $10 and GVC |
| 8/15/2014 | Special Warranty | 123 Acres | Orange County, Virginia | Justice Farms | No Consideration | Certifies value of property conveyed $1,182,700 |
| 8/15/2014 | Special Warranty | 1,559 Acres | Orange County, Virginia | Justice Farms | No Consideration | Certifies value of property conveyed $7,288,700 |

| Date | Type | Property | Location | Grantee | Consideration | Notes |
|---|---|---|---|---|---|---|
| 4/6/2016 | Quitclaim | 500 Acres | Monroe County, West Virginia | Oakhurst Club, LLC | No consideration | Certification states that no consideration was paid because it was a "quitclaim deed between related parties" |
| 5/10/2016 | Special Warranty | 112 Acres | Clarendon County, South Carolina | Justice Farms | No Consideration | "Five and no/100 and No Consideration to the Grantor in hand paid" Affidavit: exempt from recording fee because there was no consideration |
| 4/28/2014 | General Warranty | 302 S. Jefferson Street | Roanoke, Virginia | 302 Jefferson, LLC | $3,200,000 | |
| 11/25/2014 | Special Warranty | 3,900 | Clarendon County, South Carolina | Jay Justice | $13,500,000 | Certifies that the amount paid or to be paid is $13,500,000 Pro-forma recital of $5 and GVC |
| REPA I: 11/13/2014 Amended: 12/18/2014 Closed: 12/22/2014 | | REPA I: 6,819 Acres | Marion, Lee, Clarendon, and Sumter Counties, South Carolina | FPI Colorado, LLC | $28,000,000 reduced to $27,450,000 | REPA I: Leased back to sellers at a rate of $746,147 (later increased to $764,727). Includes a repurchase option allowing the sellers to repurchase the property on the third anniversary of the agreement |
| REPA II: 3/24/2015 Amended: 4/24/2015 Closed: 6/2/2015 | | REPA II: 15,042 Acres | Beaufort, Currituck, Pamlico, Pasquotank, & Perquimans Counties, North Carolina; Marlboro County, South Carolina; & Chesapeake, Virginia | FPI Colorado, LLC Amended to: FPI Carolinas, LLC | $80,913,167; Including cash, common stock of FPI(REIT), and OP Units | REPA II: Amendment of 4/24/2014: Adds Jay Justice as a Seller; Assigns Buyer's Interest to FPI Carolinas, LLC Sellers: Justice Companies, Justice Farms, and Alabama Carbon, LLC Buyer: FPI-CO Buyer Parties- FPI-CO, FPI (REIT), FP Operating Partnership Signed by: James C. Justice on behalf Sellers |
| 6/3/2015 | Special Warranty | 2189 Acres | Pasquotank and Perquimans Counties, North Carolina | FPI Carolinas, LLC | $6,672,500 in Perquimans County $5,335,000 in Pasquotank County | Pro-forma recital of valuable consideration Consideration calculated using the statutory formula in North Carolina ($1 excise tax on every $500 in consideration) |
| 8/1/2017 | | Flowerdew Hundred Plantation (1,300 Acres) | Prince George County, Virginia | | | Previously listed for sale at $12,200,000 14,000 square foot house |
| 8/1/2017 | | Horseshoe Farm (880 Acres) | Culpepper County, Virginia | | | Previously listed for sale at $9,200,000 7,200 square foot house |
| 8/1/2017 | | Rapidan Farm (1,700 Acres) | Culpepper County, Virginia | | | Previously listed for sale at $18,800,000 4,500 square foot house |