# EXHIBIT 19

140004540  PG 0222 MY 16 14

Prepared w/o the benefit of title examination by:
James C. Justice Companies, Inc.
Peter C. Sackett
302 S. Jefferson Street
Roanoke, VA 24011

Consideration $ 3,200,000.00

Tax Parcel Number 4011301
T.A.V. $2,100,000 –

## GENERAL WARRANTY DEED

THIS DEED (this "**Deed**"), is made this 28th day of April, 2014, by and between **JAMES C. JUSTICE COMPANIES, INC.**, a Delaware corporation, as "**Grantor**", and **302 JEFFERSON, LLC**, a Virginia limited liability company, whose address is 302 S. Jefferson Street, Roanoke, VA 24011, as "**Grantee**".

### WITNESSETH:

That for and in consideration of Ten Dollars ($10.00) cash in hand paid and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Grantor does hereby grant, convey, remise, release and forever transfers and confirms unto Grantee, its successors and assigns, with GENERAL WARRANTY and ENGLISH COVENANTS OF TITLE, all of its right, title and interest in and to the following described real estate, situated in the City of Roanoke, Virginia, to-wit:

SEE EXHIBIT A

Being the same property conveyed to the Grantor by deed dated March 27, 2012, and recorded in the Clerk's Office of the City of Roanoke, Virginia as Instrument No. 120003094.

This conveyance is made subject to the conditions, restrictions, easements, and reservations of record, if any, affecting the aforesaid property and constituting constructive notice, and those matters set forth on Exhibit B attached hereto and by reference made a part hereof.

PG 0223 MY 16 14

IN WITNESS WHEREOF, Grantor has caused this deed to be signed by its proper officer thereunto duly authorized, all as of the day and year first above written.

JAMES C. JUSTICE COMPANIES, INC.

By: _____

Its: EVP

STATE OF VIRGINIA

CITY OF ROANOKE, TO-WIT:

The foregoing instrument was acknowledged before me, a Notary Public in and for the State and City aforesaid, this 28th day of April, 2014, on behalf of James C. Justice Companies, Inc. by James C. Justice, III, its Executive Vice President, pursuant to due corporate authority.

In witness whereof, I hereunto set my hand and official seal.

_____
Notary Public

My Commission expires: 5-31-17

[Notary Seal: LESLIE ANN WELLS, NOTARY PUBLIC, REG. #7560729, MY COMMISSION EXPIRES 5/31/20 17, COMMONWEALTH OF VIRGINIA]

Printed On 05/24/2016 By BCT RECORDATION

PG 0224 MY 16 14

## EXHIBIT "A"
### Legal Description

All that certain property located in the City of Roanoke, Virginia, said property being known as the Strickland Building and the lots on which said building is located, being described as follows, to-wit:

Parcel 1: BEGINNING on the East side of Jefferson Street, corner to Kirk Avenue, and 225 South of Campbell Street; thence along Kirk Avenue South 87° 45' East 100 feet to a point; thence South 2° 15' West 25 feet to a point; thence North 87° 45' West 100 to Jefferson Street; thence with same North 2° 15' East 25 feet to the place of BEGINNING, being Lot 160 Ward 5, as shown by the map of the Roanoke Land & Improvement Company.

Parcel 2: BEGINNING at a point on the East side of Jefferson Street 150 feet North of Robertson Street; thence with Jefferson Street North 2° 15' East 25 feet to a point; thence South 88° East 100 feet to a point; thence South 2° 15' West 25 feet to a point; thence North 88° West 100 feet to Jefferson Street; the place of BEGINNING, being Lot 161, Ward 5, as shown by the map of the Roanoke Land & Improvement Company.

BEING the same real estate conveyed to James C. Justice Companies, Inc. by deed from 302 Cavalier LLC, dated March 27, 2012, recorded March 30, 2012, in the Clerk's Office, Circuit Court, City of Roanoke, Virginia, as Instrument No. 120003094.

INSTRUMENT #140004540
RECORDED IN THE CLERK'S OFFICE OF
ROANOKE CITY ON
MAY 16, 2014 AT 02:32PM
$3,200.00 GRANTOR TAX WAS PAID AS
REQUIRED BY SEC. 58.1-802 OF THE VA. CODE
STATE: $1,800.00  LOCAL: $1,800.00

BRENDA S. HAMILTON, CLERK
RECORDED BY: LAW