UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | |
|---|---|
| NEW LONDON TOBACCO MARKET, INC. et al., ) ) ) Plaintiffs, ) ) V. ) ) JAMES C. JUSTICE COMPANIES, INC., et al., ) ) ) Defendants. | Civil No. 6:17-cv-00245-GFVT **ORDER** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Motion to Stay proceedings filed by Plaintiff. [R. 30 at 1.] This case arises out of a lengthy litigation process in a companion case, 6:12-cv-00091-GFVT-HAI, New London Tobacco Market, Inc. et al v. Kentucky Fuel Corporation et al. Plaintiffs assert that, "if the Defendants pay [the] judgment [in the companion case] or it is otherwise resolved between the parties, then there would be no need to proceed with this action." [*See* R. 30 at 2.] Defendants object, but request that this Court instead dismiss the action entirely. [*See* R. 31.]

"The power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes in its docket with economy of time and effort for itself, for counsel and for litigants, and the entry of such an order ordinarily rests with the sound discretion of the District Court." *F.T.C. v. E.M.A. Nationwide, Inc.*, 767 F.3d 611, 626–27 (6th Cir. 2014) (quoting *Ohio Envtl. Council v. U.S. Dist. Court, S. Dist. of Ohio, E. Div.*, 565 F.2d 393, 396 (6th Cir.1977)); *see also Clinton v. Jones*, 520 U.S. 681, 706 (1997) ("[T]he District Court has broad

discretion to stay proceedings as an incident to its power to control its own docket."). Given that the disposition in the 12-cv-91 action might resolve the issues before the Court in the instant action and due to the fact that default judgment has already been entered in 12-cv-91, this Court agrees with the Plaintiff that this case should be stayed pending final disposition in 12-cv-91.

Accordingly, and the Court being otherwise sufficiently advised, it is hereby **ODERED** as follows:

1. The instant action shall be **STAYED**;

2. All pending motions are **DISMISSED WITHOUT PREJUDICE** and may be refiled if this case is re-opened; and

3. The parties are **DIRECTED** to file a notice in the record within fourteen (14) days of the final resolution in 6:12-cv-00091-GFVT-HAI, New London Tobacco Market, Inc. et al v. Kentucky Fuel Corporation et al.

This the 26th day of July, 2018.

Gregory F. Van Tatenhove
United States District Judge