**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION AT LONDON**
**CASE NO.: 6:17-CV-00245-GFVT**

**FILED ELECTRONICALLY**

| | |
|---|---|
| NEW LONDON TOBACCO MARKET, INC. and FIVEMILE ENERGY, LLC | PLAINTIFFS |
| v. | |
| JAMES C. JUSTICE COMPANIES, INC., KENTUCKY FUEL CORPORATION, JUSTICE MANAGEMENT SERVICES, LLC JUSTICE FARMS OF NORTH CAROLINA, LLC, OAKHURST CLUB, LLC, SOUTHERN MINERALS, LLC, and JAMES C. JUSTICE, III | DEFENDANTS |

## MOTION TO WITHDRAW

### (FROST BROWN TODD LLC)

Movants, Barry D. Hunter, Medrith Lee Norman and the law firm of Frost Brown Todd LLC, in accordance with LR 83.6(a), move this Court for entry of an order allowing their withdrawal as counsel of record in this action for Defendants, James C. Justice Companies, Inc., Kentucky Fuel Corporation, James C. Justice, III, Justice Farms of North Carolina LLC, Oakhurst Club LLC, Justice Management Services, LLC and Southern Minerals LLC ("Defendants"). In support of this Motion, Movants show that Richard A. Getty has entered his appearance for Defendants, and Defendants desire that Mr. Getty replace Movants as their counsel of record in this matter. The clients' written consent is attached as Exhibit 1.

2

        Respectfully submitted,

        /s/ Barry D. Hunter
        Barry D. Hunter
        Medrith Lee Norman
        FROST BROWN TODD LLC
        250 West Main Street, Suite 2800
        Lexington, KY  40507
        Tel.:   (859) 231-0000
        Fax:   (859) 231-0011
        Email: bhunter@fbtlaw.com
              mnorman@fbtlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2018, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will provide notice to all counsel of record.

/s/ Barry D. Hunter
COUNSEL FOR DEFENDANTS

0130678.0649700  4840-1843-6464v1