## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## SOUTHERN DIVISION
## LONDON

| | |
|---|---|
| **NEW LONDON TOBACCO MARKET, INC. and FIVEMILE ENERGY, LLC,** ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Civ. No: 6:17-cv-00245-GFVT |
| **JAMES C. JUSTICE COMPANIES, INC., et al.,** ) ) ) | |
| Defendants. ) | |

## NOTICE OF CHANGE OF ADDRESS

Please take notice that the address for John A. Lucas and W. Edward Shipe, counsel for Plaintiffs New London Tobacco Market, Inc., and Fivemile Energy, LLC, has changed. Please serve all pleadings, motions, orders, correspondence and other documents in this civil action upon counsel at the following address:

John A. Lucas
W. Edward Shipe
**BROCK SHIPE KLENK PLC**
265 Brookview Centre Way, Suite 604
Knoxville, TN 37919
(865) 338-9700
jlucas@bskplc.com
eshipe@bskplc.com

Respectfully submitted,

*/s/  John A. Lucas*
\*John A. Lucas (011198)
\*W. Edward Shipe (023887)
**BROCK SHIPE KLENK PLC**
265 Brookview Centre Way, Suite 604
Knoxville, TN 37919
(865) 338-9700
jlucas@bskplc.com
eshipe@bskplc.com
*\*admitted pro hac vice*
*Counsel for New London Tobacco*
*Market, Inc., and Fivemile Energy, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing has been served electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt of this 28th day of April, 2020.

*/s/  John A. Lucas*

2